[No. 8834.]

## MOFFETT V. CITY AND COUNTY OF DENVER.

*Error to Denver County Court.*   Hon. E. J. INGRAM, Judge.

Mr. H. A. CALVERT, for plaintiff in error.

No appearance for defendant in error.

Application for supersedeas denied and judgment affirmed.

Decided April 3, A. D. 1916.   Rehearing denied May 1, A. D. 1916.